WILLIAM SEDINA, Respondent, v. JOHN BEAVER, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to the sum of $7,500, in which event the judgment as so reduced and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present— Clarke, P. J., Laughlin, Scott and Dowling, JJ.; Clarke, P. J., dissented and voted for reversal and new trial.

BLANCHE L. LIGHTFOOT, Appellant, v. MATTHEW A. KANE, Individually and as Executor, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VITO CHIECA and LOUIS CHIECA, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

FRANK GIOELI, an Infant, etc., Respondent, v. SWIFT & COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUCCO GALLO, Appellant.— Judgment and order affirmed. No opinion. ·Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

GEORGE I. WILSON & SONS, Appellant, v. JOHN R. BURTON and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

ARNOLD E. PETERSON, Respondent, v. MISSOURI, KANSAS AND TEXAS RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

HARRY H. KUTNER, Respondent, v. MISSOURI, KANSAS AND TEXAS RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

JOHN DOUGLAS, Respondent, v. A. L. MORDECAI & SON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

HANNAH B. ELGER, Respondent, v. PHŒBE A. D. BOYLE and Another, Individually and as Executors and Trustees, etc., and Others, Appellants, Impleaded with JOHN NEUSCHELER, Individually and as Executor and Trustee, etc., and Others, Respondents.— Judgment affirmed, with costs against appellant John H. B. Boyle individually. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

ELIZABETH B. COLT, Appellant, v. A. T. DEMAREST & Co., Respondent. — Judgment affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

LENA WOLF, as Administratrix, etc., Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.